** LEGALITY — PAYING CONSTRUCTION — SEWAGE ** THE SUPREME COURT HAS HELD THAT PROCEEDS OF SAID ' FIVE MILL BUILDING FUND LEVY "MAY BE USED TO CONSTRUCT SAID SEWAGE DISPOSAL UNIT CONSISTING OF A PUMP HOUSE AND A NEW PIT WITH EXTENDING PIPE LINES. (CONSTRUCTION, EXPENDITURES, PUBLIC BUILDINGS, ERECT, TAXABLE PROPERTY) CITE: 70 O.S. 1-20 [70-1-20], ARTICLE X, SECTION 10 (VOTE, ELECTION) (J. H. JOHNSON)